**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-68 |
| | ) |
| RASHIE HARRIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 30, 2008, in the State and District of Delaware, RASHIE HARRIS, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is a IMP.22 caliber revolver, model IMP, serial number 79919, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### COUNT TWO

On or about March 30, 2008, in the State and District of Delaware, RASHIE HARRIS, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, ammunition, that is forty-six .22 caliber Remington rounds, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and

for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461©, all firearms and ammunition involved in the commission of each respective offense, including but not limited to the following:

1. IMP.22 caliber revolver, model IMP, serial number 79919 and,

2. Forty-six (46) Remington rounds of ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____Joseph Grubb_____ / by Seth M Beausang
    Joseph Grubb
    Special Assistant United States Attorney
    Dated: April 22, 2008