IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 08-68-GMS |
| ) | |
| RASHIE HARRIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION AND ORDER FOR SCHEDULING CONFERENCE**

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Joseph S. Grubb, Special Assistant United States Attorney, and respectfully requests that the Court Order a scheduling conference in the above-captioned case. In support thereof, the United States alleges:

1. The defendant was indicted in the above case on April 22, 2008.

2. The United States respectfully submits that a status conference would be appropriate for the purpose of scheduling future proceedings in this matter.

**WHEREFORE**, the United States respectfully requests that the Court schedule a status

conference in this matter at the Court's earliest convenience.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          UNITED STATES ATTORNEY

BY: _____
        Joseph S. Grubb
        Special Assistant United States Attorney

**IT IS SO ORDERED** this _____ day of _____, 2008 that a teleconference will be conducted on _____, 2008, at a.m./p.m., with the United States initiating the call.

                                          _____
                                          Honorable Gregory M. Sleet
                                          Chief Judge
                                          United States District Court
                                          District of Delaware