IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.08-68-GMS |
| RASHIE HARRIS, | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR SCHEDULING CONFERENCE

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Joseph S. Grubb, Special Assistant United States Attorney, and respectfully requests that the Court Order a scheduling conference in the above-captioned matter. In support thereof, the government states as follows:

1. By Order dated May 1, 2008, the defendant was given until May 15, 2008, to file pre-trial motions. No motions have been filed, and thus no additional time has been excluded under the Speedy Trial Act.

2. The parties have been engaged in discussions concerning a non-trial resolution of this case. Those discussions are continuing.



3. The government respectfully submits that a status conference would be appropriate for the purpose of scheduling future proceedings in this matter.

**WHEREFORE**, the government respectfully requests that the Court schedule a status conference in this matter at its earliest convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph S. Grubb
Special Assistant United States Attorney

Dated: July 3, 2008

**IT IS SO ORDERED** this __8th__ day of __July__, 2008. A teleconference will be conducted on __July 15__, 2008, at __10:45__ am/~~pm~~, with the government initiating the call.

_____
Honorable Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware

FILED
JUL -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2