IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RASHIE T. HARRIS )<br>)<br>Defendant. ) | Criminal No. 08-68 GMS |

## **ORDER**

At Wilmington this 14th day of July, 2008, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Wednesday, July 16, 2008, at 2:15 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware. **The scheduling conference set for Tuesday, July 15, 2008, at 10:45 a.m. is hereby canceled.**

IT IS FURTHER ORDERED that the time between this Order and the **July 16, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE