IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 08-68 GMS |
| ) | |
| RASHIE T. HARRIS ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington, this 17th day of July, 2008,

The defendant having plead guilty to Count I of the Indictment, IT IS HEREBY ORDERED that:

1. Sentencing in this matter is scheduled for **Thursday, October 23, 2008, at 9:30 a.m.**

2. A Presentence Report ("PSR") will be prepared by the United States Probation Office.

3. No later than 45 days prior to sentencing, the United States Probation Office will disclose to both parties a draft of the PSR. Within 14 days of service of the draft PSR, the parties will serve the United States Probation Office with a letter setting forth any objections to the draft PSR, and identifying any departure or variance claims.

4. No later than 20 days prior to sentencing, the United States Probation Office will provide the Court and counsel with the final draft of the PSR.

5. No later than 15 days prior to sentencing, the parties may file Sentencing Memoranda or Motions for Downward Departure with the Court.

6. No later than eight days prior to sentencing, any responsive Sentencing Memoranda or responses to Motions for Downward Departure may be filed with the Court.

IT IS FURTHER ORDERED that the foregoing schedule may only be modified with the permission of the Court and for good cause shown.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE